UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERALD KOBELL, REGIONAL DIRECTOR
OF REGION SIX OF THE NATIONAL
LABOR RELATIONS BOARD, FOR AND
ON BEHALF OF THE NATIONAL LABOR
RELATIONS BOARD
         Plaintiff

v.                                  Civil No. 06-1644

OESTERLING'S SANDBLASTING
& PAINTING, INC.
         Defendant

## ORDER

The parties to the above-captioned case having stipulated that Plaintiff's Complaint for Injunction under Section 10(j) of the National Labor Relations Act, as amended, may be dismissed pursuant to Fed. R. Civ. P. 41(a)(ii),

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed, without prejudice pending approval by the Board of the formal settlement agreement reached in the underlying Board case. Following such approval by the Board, the dismissal of this case shall be with prejudice.

Dated at Pittsburgh, Pennsylvania, this 21st day of Feb., 2007.

_Donetta W. Ambrose_
United States District Judge